UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-956-CIV-GRAHAM/O'SULLIVAN

**RICHARD J. RENTZ,**
     Plaintiff,

v.

**DYNASTY APPAREL INDUSTRIES,
INC., a/k/a, MENDEZ SCREEN
PRINTING, INC.**
     Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the defendant's Motion to Stay Proceedings (DE# 61, 7/27/07). Having reviewed the applicable flings and law, it is

ORDERED AND ADJUDGED that the defendant's Motion to Stay Proceedings (DE# 61, 7/27/07) is **DENIED as moot**.

The defendant sought to stay the proceedings in the instant case pending the approval of a contingent settlement following a court ordered mediation in the Sixth Circuit. The plaintiff opposed a stay in this matter because the judgment in the instant case is final and has not been superceded or paid.[1] See Plaintiff's Response to Defendant's Motion to Stay Proceedings (DE# 63, 8/6/07). In its Reply to Plaintiff's Response in Opposition to Motion to Stay Proceedings (DE# 72, 9/19/07), the defendant notes that the request for the brief stay has passed and that the instant motion is now moot. The plaintiff's request for attorney's fees against the defendant for

---

[1] Neither party has presented the Court with any case law supporting their position as required by Local Rule 7.1 (A), (C). See S.D. Fla. L.R. 7.1(C) (requiring a memorandum of law).

filing the instant Motion to Stay is **denied**.

DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of September, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All Counsel of Record